Opinion by JOHNSON, J. At the trial it was stipulated that in the liquidation of the entry the merchandise was assessed with duty on the ground that the importer had not filed a correct certificate of exportation; that a proper certificate of exportation has now been filed and that had said certificate been in the possession of the collector at the time of the review of the protest, the merchandise would have been granted free entry under paragraph 1615, *supra*; and that the facts are similar to those involved in Abstract 57104. In view of the concession of the collector and following the decision cited, the claim of the plaintiff was sustained.

No. 57395.—Jay Dee Handkerchief Co., Inc. v. United States, protest 194265-K (San Francisco).

Opinion by JOHNSON, J. At the trial it was stipulated that at the time of unlading, case No. 79 was found to be broken or damaged, and 88 dozen handkerchiefs were missing. In accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty is not assessable upon the 88 dozen handkerchiefs which were reported missing. The protest was sustained to this extent.

No. 57396.—Fleischmann Distilling Corporation v. United States, protest 158670-K (San Francisco).

Opinion by JOHNSON, J. At the trial it was stipulated that three cases of whisky were not imported. In accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty and internal revenue tax are not assessable upon the three cases of whisky which were short landed. The protest was sustained to this extent.

No. 57397.—Geo. L. McNicol Co., Ltd. v. United States, protests 190885-K and 190886-K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

No. 57398.—Chas. Kurz Co. v. United States, protest 191180-K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57399.—Chas. Kurz Co. v. United States, protest 191773-K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.